UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ANTHONY JEROME FITZGERALD                    PETITIONER

VS.          No. 4:20-CV-00205-JM-JTR

DEXTER PAYNE, Director,
Arkansas Division of Correction,
Arkansas Department of Correction                  RESPONDENT

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge J. Thomas Ray and the filed notice. After a *de novo* review of the record in this case, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      This case is DISMISSED WITHOUT PREJUDICE.

2.      It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 11th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE