UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY JEROME FITZGERALD**                                      **PETITIONER**

**VS.**                         **No. 4:20-CV-00205-JM-JTR**

**DEXTER PAYNE, Director,**
**Arkansas Division of Correction,**
**Arkansas Department of Correction**                              **RESPONDENT**

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed.

Dated this 11th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE